**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ALFRED BANKS,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   **CIVIL ACTION 08-00457-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
|     **Defendant.** | * |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security,

denying Plaintiff's claim for disability insurance benefits, be **AFFIRMED.**

    **DONE** and **ORDERED** this the 8th day of July, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE